# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

RICKEY C. BROOKS                                                                           PLAINTIFF

V.                              No. 5:05CV00047 WRW-BD

ARKANSAS DEPT. OF CORRECTION, *et al.*                          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, Plaintiff's case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and expenses.

IT IS SO ORDERED this 12 day of April, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE